## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

       JOHN E. VARHOLLA,

           Debtor

_____

QUICKEN LOANS, LLC,

           Movant

    v.

JOHN E. VARHOLLA and
Ronda J. Winnecour, Esq., Trustee,

          Respondents

Case #: 20-20688-CMB

Chapter 13

Related Claim: 3

### DECLARATION THAT PAYMENT IS SUFFICIENT

      The undersigned hereby declares that the existing Chapter 13 payment is sufficient to fund the Plan with the modified debt as entered on the Claims Register by the Movant.  The new monthly mortgage payment is **$618.03**, effective **December 1, 2020**.

          Respectfully submitted,

             /s/ Christian M. Rieger   
          Christian M. Rieger, Esquire
          PA: 307037
          2403 Sidney Street
          Suite 214
          Pittsburgh, PA 15203
          (412) 381-8809
          (412) 381-4594 (fax)
          criegerlaw@gmail.com

Date: November 16, 2020