# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    JOHN E. VARHOLLA,

        Debtor

QUICKEN LOANS, LLC,

        Movant

    v.

JOHN E. VARHOLLA and
Ronda J. Winnecour, Esq., Trustee,

        Respondents

Case #: 20-20688-CMB

Chapter 13

Related Claim: 3

Related doc: 42

## CERTIFICATE OF SERVICE
## OF DECLARATION RE: NOTICE OF PAYMENT CHANGE

    I certify under penalty pf perjury, that I am and after all times hereinafter mentioned, was more than 18 years of age, and that on the 16th day of November 2020, I served a copy of the Debtor's Declaration Re: Notice of Payment Change (Claim #3), filed in this proceeding, by U.S. Regular Mail, First Class Postage Prepaid upon:

Ronda J. Winnecour, Esq.  
Suite 3250 USX Tower  
600 Grant Street  
Pittsburgh, PA 15219

Brian C. Nicholas, Esq.  
KML Law Group PC  
701 Market Street Suite 5000  
Philadelphia, PA 19106

Respectfully submitted,

  /s/ Christian M. Rieger  
Christian M. Rieger, Esquire  
PA: 307037  
2403 Sidney Street  
Suite 214  
Pittsburgh, PA 15203  
(412) 381-8809  
(412) 381-4594 (fax)  
criegerlaw@gmail.com

Date: November 16, 2020