# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

     JOHN E. VARHOLLA,

          Debtor

_____

ROCKET MORTGAGE LLC, f/k/a
QUICKEN LOANS, LLC,

          Movant

   v.

JOHN E. VARHOLLA and
Ronda J. Winnecour, Esq., Trustee,

          Respondents

Case #: 20-20688-CMB

Chapter 13

Related Claim: 3
Related doc: 45

## CERTIFICATE OF SERVICE
## OF DECLARATION RE: NOTICE OF PAYMENT CHANGE

      I certify under penalty pf perjury, that I am and after all times hereinafter mentioned, was more than 18 years of age, and that on the 17th day of November 2021, I served a copy of the Debtor's Declaration Re: Notice of Payment Change (Claim #3), filed in this proceeding, by U.S. Regular Mail, First Class Postage Prepaid upon:

Ronda J. Winnecour, Esq.          Maria Miksich
Suite 3250 USX Tower            KML Law Group PC
600 Grant Street                701 Market Street Suite 5000
Pittsburgh, PA 15219            Philadelphia, PA 19106

Respectfully submitted,

  /s/ Christian M. Rieger
Christian M. Rieger, Esquire
PA: 307037
2403 Sidney Street
Suite 214
Pittsburgh, PA 15203
(412) 381-8809
(412) 381-4594 (fax)
criegerlaw@gmail.com

Date: November 17, 2021