### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    JOHN E. VARHOLLA,

          Debtor

ROCKET MORTGAGE LLC, f/k/a
QUICKEN LOANS, LLC,

          Movant

    v.

JOHN E. VARHOLLA and
Ronda J. Winnecour, Esq., Trustee,

          Respondents

Case #: 20-20688-CMB

Chapter 13

Related Claim: 3

### **DECLARATION THAT PAYMENT IS SUFFICIENT**

        The undersigned hereby declares that the existing Chapter 13 payment is sufficient to fund the Plan with the modified debt as entered on the Claims Register by the Movant.  The new monthly mortgage payment is **$636.96**, effective **September 1, 2024**.

        Respectfully submitted,

          /s/ Christian M. Rieger
        Christian M. Rieger, Esquire
        PA: 307037
        2403 Sidney Street
        Suite 214
        Pittsburgh, PA 15203
        (412) 381-8809
        (412) 381-4594 (fax)
        criegerlaw@gmail.com

Date: August 15, 2024