**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JOHN E. VARHOLLA, | Case #: 20-20688-CMB |
| Debtor | Chapter 13 |
| ROCKET MORTGAGE LLC, f/k/a QUICKEN LOANS, LLC, | Related Claim: 3 |
| Movant | |
| v. | |
| JOHN E. VARHOLLA and Ronda J. Winnecour, Esq., Trustee, | |
| Respondents | |

**DECLARATION THAT PAYMENT IS SUFFICIENT**

The undersigned hereby declares that the existing Chapter 13 payment is sufficient to fund the Plan with the modified debt as entered on the Claims Register by the Movant. The new monthly mortgage payment is **$634.84**, effective **December 1, 2024**.

Respectfully submitted,

  /s/ Christian M. Rieger
Christian M. Rieger, Esquire
PA: 307037
2403 Sidney Street
Suite 214
Pittsburgh, PA 15203
(412) 381-8809
(412) 381-4594 (fax)
criegerlaw@gmail.com

Date: November 12, 2024