### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    JOHN E. VARHOLLA,                                                  Case 20-20688-CMB
                                                                    Chapter 13

                Debtor

_____
 RONDA J. WINNECOUR, TRUSTEE

                                                                    Related Doc: 52
                                                                    Hrg: 3/12/2025, 1:30PM

                Movant
   v.

JOHN E. VARHOLLA,

                Respondent

## RESPONSE TO TRUSTEE'S MOTION TO DISMISS

       AND NOW comes John E. Varholla, Chapter 13 Debtor, by and through his counsel, Christian M. Rieger, Esquire, and files the following reply to Movant's request for dismissal of the Chapter 13 case, and responds as follows:

       1.       Admitted.

       2.       Admitted.

       3.       Admitted.

       4.       Admitted. By way of further response Debtor works as an independent contractor whose income fluctuates, explaining the periodic gap in payments. Debtor, however, has remained substantially current throughout the case and has kept the plan funded in good faith.

       5.       Admitted.

       6.       Admitted.

       7.       Admitted.

8. Debtor shall remit sufficient funds to complete the plan successfully.

WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's request for dismissal.

                                      Respectfully submitted,

                                      /s/ Christian M. Rieger
                                      Christian M. Rieger, Esquire
                                      PA: 307037
                                      2403 Sidney Street
                                      Suite 214
                                      Pittsburgh, PA 15203
                                      (412) 381-8809
                                      (412) 381-4594 (fax)
                                      criegerlaw@gmail.com

Date: March 3, 2025