Certificate Number: 13858-PAW-DE-039564862

Bankruptcy Case Number: 20-20688



13858-PAW-DE-039564862

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 17, 2025, at 1:39 o'clock AM EDT, John E Varholla completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   April 17, 2025            By:    /s/Nicholas Vazquez

                                  Name:  Nicholas Vazquez

                                  Title: Counselor