**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JOHN E. VARHOLLA,

         Debtor

Case: 20-20688-CMB
Chapter 13

_____

JOHN E. VARHOLLA,

         Movant

v.

No Respondent

**DEBTOR(S)' CERTIFICATION OF DISCHARGE ELIGIBILITY
PURSUANT TO 11 U.S.C. § 1328**

1. Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On April 17, 2025 at Docket Entry 58, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c), certifying that he completed the Court in Personal Financial Management, with the Certificate of Completion filed on the Court's docket.

This Certification is being signed under penalty of perjury by undersigned Counsel, who duly questioned the Debtor(s) about the statements contained in this Certification and verified the answers in support thereof.

         Respectfully submitted,

         /s/ Christian M. Rieger
         Christian M. Rieger, Esquire
         PA:307037
         2403 Sidney Street
         Suite 214
         Pittsburgh, PA 15203
         (412) 381-8809
         (412) 381-4594 (fax)
         criegerlaw@gmail.com

Date: September 10, 2025