**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| JOHN E VARHOLLA | Case No.:20-20688 CMB |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/27/2020 and confirmed on 06/04/2020 . The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 69,780.00 |
| Less Refunds to Debtor | 80.84 | |
| TOTAL AMOUNT OF PLAN FUND | | 69,699.16 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,450.00 | |
|    Trustee Fee | 3,639.93 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,089.93 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| QUICKEN LOANS LLC FKA QUICKEN LOAI | 0.00 | 37,953.97 | 0.00 | 37,953.97 |
|   Acct: 7827 | | | | |
| QUICKEN LOANS LLC FKA QUICKEN LOAI | 10,085.82 | 10,085.82 | 0.00 | 10,085.82 |
|   Acct: 7827 | | | | |
| CREDIT ACCEPTANCE CORP* | 10,610.45 | 10,610.45 | 1,426.80 | 12,037.25 |
|   Acct: 0052 | | | | |
| | | | | 60,077.04 |
| **Priority** | | | | |
| CHRISTIAN M RIEGER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JOHN E VARHOLLA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JOHN E VARHOLLA | 80.84 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JOHN E VARHOLLA | 80.84 | 80.84 | 0.00 | 0.00 |
|   Acct: | | | | |
| CHRISTIAN M RIEGER ESQ | 2,450.00 | 2,450.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| QUICKEN LOANS LLC FKA QUICKEN LOAN | 1,750.00 | 1,750.00 | 0.00 | 1,750.00 |
| Acct: 7827 | | | | |
| | | | | 1,750.00 |
| **Unsecured** | | | | |
| ALLY BANK(*) | 3,615.94 | 371.65 | 0.00 | 371.65 |
| Acct: 1845 | | | | |
| DISCOVER BANK(*) | 12,818.76 | 1,317.51 | 0.00 | 1,317.51 |
| Acct: 8418 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 741.21 | 76.18 | 0.00 | 76.18 |
| Acct: 8842 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 163.99 | 16.85 | 0.00 | 16.85 |
| Acct: 0001 | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,782.19 |

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 63,609.23 |

TOTAL CLAIMED
PRIORITY              1,750.00
SECURED              20,696.27
UNSECURED            17.339.90

Date: 12/12/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com