**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: John E. Varholla<br>　　　　　　　　　Debtor(s)<br><br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>　　　　　　　　　Movant<br>　　　　vs.<br><br>John E. Varholla<br>　　　　　　　　　Debtor(s)<br><br>Ronda J. Winnecour,<br>　　　　　　　　　Trustee | BK NO. 20-20688 CMB<br><br>Chapter 13<br><br>Related to Claim No. 3 |

**CERTIFICATE OF SERVICE
NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Maria Miksich of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 14, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
John E. Varholla
1723 Ford City Road
Kittanning, PA 16201

Attorney for Debtor(s)
Christian M. Rieger , Law Office of Christian M. Rieger
2403 Sidney Street, Suite 214
Pittsburgh, PA 15203

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: October 14, 2021

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Maria Miksich, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　Maria Miksich, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 319383
　　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　　201-549-5366
　　　　　　　　　　　　　　　　　　　　　　　　MMiksich@kmllawgroup.com